# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover  
Court Reporter:    Terri Lindblom  
Interpreter:       Susana Cahill

Date:  March 12, 2015

Criminal Action No. 14-cr-00469-MSK

*Parties*:

*Counsel Appearing:*

UNITED STATES OF AMERICA,

Jeremy Siebert

       Plaintiff,

v.

ALVIN ISMAEL PEREZ-RAUDALES,

Timothy O'Hara

       Defendant.

## COURTROOM MINUTES

HEARING:  Final Pretrial Conference

**4:31 p.m.    Court in session.**

Defendant present in custody.

Interpreter sworn.

The Court addresses the Motion to Suppress (filed under restriction at **Doc. #25**)

**ORDER:**    Doc. **#25** will be **UNRESTRICTED** and reflect the title of "Motion to Suppress"

The Court addresses defendant Motion to Vacate the Current Trial Date **(Doc. #30)**.

Argument.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**     Defendant's Motion to Vacate the Current Trial Date (**Doc. #30**) is **GRANTED**. The trial currently scheduled to commence on **March 16, 2015 at 1:00 p.m. is VACATED** and continued to **April 13, 2015 at 8:30 a.m.** (3 days) and a Final Pretrial Conference is set on **April 9, 2015 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**     The Government will file any supplement to its response to the Motion to Suppress by **March 23, 2015.** Suppression hearing is set on **March 25, 2015 at 9:00 a.m.** for 3 hours, in Courtroom A901, 901 19th Street.

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal Service.

**4:45 p.m.**     Court in recess.

**Total Time:   14 minutes.**
**Hearing concluded.**