IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 14-cr-00469-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALVIN ISMAEL PEREZ-RAUDALES,

    Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA AND
## IMMEDIATE SENTENCING HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition (**#33**) on March 24, 2015, by Defendant. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing and Immediate Sentencing Hearing is set for **June 2, 2015,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

3. The final trial preparation conference set for April 9, 2015, and the April 13, 2015, trial date are **VACATED**.

4. Pursuant to Fed.R.Crim.P 32(b) and (c) that :

a. The Probation Department will prepare an abbreviated report and will promptly contact counsel to advise them of the anticipated filing date for the report;

b. The report shall contain the Defendant's criminal history calculation, an immigration history including any previous deportations, re-entries into the United States, a calculation under the guidelines based upon the facts stated in the plea agreement;

c. The report will not include any independent factual investigation of the offense conduct or any information as to the Defendant's education, medical history, family or financial circumstances unless pertinent to the likelihood of the Defendant being deported or, if so, returning to the United States unlawfully;

d. The report shall be prepared forthwith and filed no later than 30 days from the date of this Order. Any objection shall be filed within 7 days thereafter;

Dated this 30th day of March, 2015.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
Chief United States District Judge